**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ALEXIS JOSUE MOROCHO LALBAY**, *Petitioner*, v. **J.L. JAMISON, Warden, Federal Detention Center, Philadelphia, et al.**, *Respondents.* | Case No. **2:26-cv-04380-JDW** |

## ORDER

**AND NOW**, this 30th day of June, 2026, upon consideration of Petitioner Alexis Josue Morocho Lalbay's Petition For Writ Of Habeas Corpus (ECF No. 1) and the Government's Answer (ECF No. 4), and for substantially the same reasons stated in *Kashranov v. J.L. Jamison*, No. 2:25-cv-05555-JDW, 2025 WL 3188399 (E.D. Pa. Nov. 14, 2025), it is **ORDERED** as follows:

1.      Mr. Morocho Lalbay's Petition For Writ Of Habeas Corpus (ECF No. 1) is **GRANTED**;

2.      Mr. Morocho Lalbay is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a);

3.      The Government shall **RELEASE** Mr. Morocho Lalbay from custody immediately and **CERTIFY** compliance with my Order by filing on the docket no later than 5:00 p.m. ET on July 1, 2026;

4.      The Government is temporarily enjoined from re-detaining Mr. Morocho Lalbay for seven days following his release from custody; and

5.      If the Government chooses to pursue re-detention of Mr. Morocho Lalbay after that seven-day period, then it must first provide him with a bond hearing, at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings.

The Clerk Of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.